# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADDISON ORR,

    Plaintiff(s),

v.

JUSTIN WILLIAMS,

    Defendant(s).

Case No.: 2:20-cv-00433-GMN-NJK

**ORDER**

(Docket No. 1)

Plaintiff, who is a prisoner, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. Docket Nos. 1, 1-1.

Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not filed an inmate account statement. *See* Docket No. 1. Therefore, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, then he must file a fully complete application to proceed *in forma pauperis* with the required account statement with a fully complete and properly executed financial certificate <u>and an inmate account statement for the past six months</u>.

1

Accordingly, the Court **DENIES** Plaintiff's application to proceed *in forma pauperis* without prejudice as incomplete. Docket No. 1. The Court will retain Plaintiff's complaint, Docket No. 1-1, but will not file it until payment of the filing fee is resolved. No later than April 6, 2020, Plaintiff shall either (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). If Plaintiff fails to timely comply with this order, dismissal of this action may result.

The Court **INSTRUCTS** the Clerk of Court (1) to send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application; and (2) to retain the complaint, Docket No. 1-1, but not file it at this time.

IT IS SO ORDERED.

Dated: March 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge